UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YANGAROO INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DIGITAL MEDIA SERVICES, INC., DUPLICATION SERVICES, INC., PELCO PRINTS, INC., DUPLICATION HOLDINGS CORPORATION, DUPLICATION SERVICES, LLC, CENTERFIELD CAPITAL PARTNERS, L.P., CENTERFIELD CAPITAL PARTNERS II, L.P., CENTERFIELD CAPITAL PARTNERS III, L.P., SR CAPITAL ADVISORS, LLC, and BDO USA, LLP, | ) ) ) ) Civil Action No. 1:22-cv-00660 CFC ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATION OF DIVERSITY JURISDICTION**

Pursuant to the Court's Oral Order dated August 11, 2022 and the Court's Standing Order Regarding Disclosure of Citizenship of Organization Entities in Diversity Cases dated April 18, 2022, Plaintiff Yangaroo Inc. ("Yangaroo") submits the following Certification of Diversity Jurisdiction. Yangaroo submits this Certification upon information and belief, and based on a reasonable investigation of publicly available information. To the extent necessary, Yangaroo respectfully requests that the Court permit limited jurisdictional discovery to address the citizenship of the organizational defendants.

| **Defendant** | **Members/Partners** | **Address/Citizenship** |
|---|---|---|
| Centerfield Capital Partners, L.P. | Faraz Abbasi | Indiana |
| | Michael Miller | Indiana |
| | Mark Hollis | Indiana |
| | Jill Margetts | Indiana |

| | | |
|---|---|---|
| Centerfield Capital Partners II, L.P. | Centerfield Capital Partners II, LLC | 10 West Market St., Suite 3030 Indianapolis, IN 46204 |
| | (Membership unknown) | |
| | Indiana Investment Fund -A, L.P. | 11 Madison Ave. New York, NY 10010 |
| | (Partners unknown) | |
| | Phoenix Life Insurance Company | 56 Prospect St. Hartford, CT 06115 |
| | RGA Reinsurance Company | 1370 Timberlake Manor Pkwy Chesterfield, MO 63017 |
| Centerfield Capital Partners III, L.P. | D. Scott Lutzke | 10 West Market St., Suite 3030 Indianapolis, IN 46204 |
| | Thomas Hiatt | 10 West Market St., Suite 3030 Indianapolis, IN 46204 |
| | Matthew Hook | 10 West Market St., Suite 3030 Indianapolis, IN 46204 |
| | Faraz Abbasi | 10 West Market St., Suite 3030 Indianapolis, IN 46204 |
| | Partners III, LLC (Partners unknown) | 10 West Market St., Suite 3030 Indianapolis, IN 46204 |
| | Larry Hollins | 401 City Avenue, Suite 815 Bala Cynwyd, PA 19004 |
| SR Capital Advisors, LLC | Stephen A. Reinstadtler | 12 E 87th Street, Apt. 5B New York, NY 10128 |
| | Steven E. Roberts | New York |
| Duplication Services, LLC | Unknown | Unknown |
| BDO USA, LLP | Unknown | Unknown |

**MORRIS JAMES LLP**

*/s/ David J. Soldo*
David J. Soldo (#4309)

*Admitted Pro Hac Vice* — 500 Delaware Avenue, Suite 1500
PHILLIPS LYTLE LLP — Wilmington, DE 19801-1494
Anna Mercado Clark — (302) 888-6950
Jeffrey D. Coren — dsoldo@morrisjames.com
One Canalside, 125 Main Street
Buffalo, NY 14203 — *Attorneys for Plaintiff, Yangaroo, Inc.*